## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

RONALD SCOTT BARRONTON,  )
                                      )
        Plaintiff,  )
                                        )
v.  )           CV625-073
                                        )
CENTURION MEDICAL  )
PROVIDER, *et al.*,  )
                                        )
        Defendants.  )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 7), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 7.) Barronton's Complaint is **DISMISSED**. (Doc. no. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this _9th_ day of March, 2026.

                                     _____
                                     HONORABLE J. RANDAL HALL
                                     UNITED STATES DISTRICT JUDGE
                                     SOUTHERN DISTRICT OF GEORGIA